IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUNIR HUSSAIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-3159** |
| | : | |
| **WARDEN,** *et al.* | : | |
| | : | |

## ORDER

**AND NOW**, this 11ᵗʰ day of May 2026, upon consideration of Munir Hussain's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.      No later than **May 14, 2026**, the government shall file a response to the petition (DI 1).

2.      Pending consideration of the petition, the government **SHALL NOT TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v. Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

**MURPHY, J.**