**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MUNIR HUSSAIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-3159** |
| | : | |
| **WARDEN, PHILADELPHIA** | : | |
| **FEDERAL DETENTION CENTER,** | : | |
| **PHILADELPHIA, PA,** *et al.* | : | |

## ORDER

**AND NOW**, this 29ᵗʰ day of July 2026, upon considering the respondents' certification

of compliance (DI 5) of our May 15, 2026 order (DI 4), it is **ORDERED** the Clerk of Court

shall **close** this case.

_____
**MURPHY, J.**